JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONOVAN ROLSTON,<br><br>                    *Plaintiff*<br><br>        v.<br><br>CITY OF LOS ANGELES, a municipal corporation, LOS ANGELES POLICE DEPARTMENT, a public entity; CHARLIE E. BECK, an individual in both his personal and official capacities; OFFICER HEATH ADAMS #30808, an individual in both his personal and official capacities, DOES 1-10,<br><br>                    Defendants.<br>_____ | CASE NO. CV13-01085 CAS (AGRx)<br><br>[~~PROPOSED~~] ORDER RE DISMISSAL |

The parties having so stipulated and good cause appearing, it is hereby ordered, decreed and adjudged that the plaintiff's complaint be dismissed with prejudice.

Dated: April 16, 2014

_____
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE